# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:17-cv-746-GCM

| | |
|---|---|
| FRANCISCO K. AVOKI, <br><br> Plaintiff, <br><br> v. <br><br> CAROLINA TELCO CREDIT UNION, et al., <br><br> Defendants. | ORDER |

**THIS MATTER** is before the Court on Plaintiff's Motion for Permission to File Electronically (Doc. No. 4). Pursuant to the Local Rules and the Administrative Procedures Governing Filing and Service by Electronic Means for the United State District Court for the Western District of North Carolina (available under "Court Info" on the Court's website home page), "[p]arties proceeding pro se shall not file electronically."

Accordingly, Plaintiff's Motion for Permission to File Electronically (Doc. No. 4) is hereby DENIED.

**SO ORDERED.**

Signed: January 11, 2018

Graham C. Mullen
United States District Judge